UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT S. OLSON,

        Plaintiff,

   v.

LES SCHWAB TIRE CENTERS OF CALIFORNIA, a California corporation, and SFB-B, an Oregon Limited Partnership

        Defendants.

                                  /

NO. Civ.S-08-0936 LKK/EFB

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for defendants has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

1

1 | <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

2 |     IT IS SO ORDERED.

3 |     DATED: August 4, 2008.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```