KATHLEEN E. FINNERTY (SBN 157638)
MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Tel: (916) 442-1111
Fax: (916) 448-1709
KoenigsbergM@gtlaw.com

Attorneys for Defendants
LES SCHWAB TIRE CENTERS OF CALIFORNIA,
a California corporation, and SFB-B, an Oregon
Limited Partnership

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>            Plaintiff,<br><br>vs.<br><br>LES SCHWAB TIRE CENTERS OF CALIFORNIA, a California corporation, and SFB-B, an Oregon Limited Partnership,<br><br>            Defendants. | CASE NO. 2:08-CV-00936-LKK-EFB<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

**IT IS HEREBY STIPULATED**, pursuant to FRCP 41(a)(1) that Plaintiff, HERBERT S. OLSON and Defendants, LES SCHWAB TIRE CENTERS OF CALIFORNIA, a California corporation, and SFB-B, an Oregon Limited Partnership, stipulate and agree that the above matter may be dismissed as to all claims and all defendants, with prejudice.

Each party is to bear their own fees and costs.

DATED:  July 25, 2008			HERBERT S. OLSON


				/s/ Herbert S. Olson
				Herbert S. Olson, Pro Se


DATED:  July 25, 2008			GREENBERG TRAURIG, LLP



				By:/s/ Marc B. Koenigsberg
				    Kathleen E. Finnerty
				    Marc B. Koenigsberg
				    Attorneys for Defendants
				    LES SCHWAB TIRE CENTERS OF
				    CALIFORNIA, a California corporation, and
				    SFB-B, an Oregon Limited Partnership

**IT IS SO ORDERED.**

DATED:   August 5, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

1
DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

OC 286,286,708v2 8-4-08